Percy Uris et al., Appellants, v. Brown, Harris, Stevens, Inc., Respondent. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

Rex Roofing Company, Inc., v. Lumber Mutual Casualty Insurance Company of New York.— Application for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See 280 App. Div. 665.]

In the Matter of the Compulsory Accounting of Anthony Bartoli, as Executor of Sarafina Bartoli, Deceased, Appellant. Eleanor B. Limata, Respondent; Eugene Bartoli, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See ante, p. 657; post, p. 817.]

Harold Black v. Vincent R. Impellitteri et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See ante, p. 671.]

In the Matter of the Arbitration between E. Milius & Co., Inc., Respondent, and Regal Shirt Corp., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See 280 App. Div. 974.]

Bernard H. Lefferts, Appellant, v. Latin-American Council of Christian Churches of New York, Respondent, et al., Defendants. John Fanelle, as Receiver, Respondent.— Motion for reargument denied, with $10 costs to the receiver, respondent. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See ante, p. 673.]

Herman Wiesenthal et al. v. R. Benjamin Young et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 280 App. Div. 590.]

Newspaper Realty Corp. v. Jonathan F. Butler et al., Doing Business as Rogers & Butler.— Motion for leave to appeal to the court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See ante, p. 657.]

In the Matter of Austreal Corp., Appellant, against Joseph D. McGoldrick, as State Rent Administrator, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See ante, p. 655.]